# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEKVIEW IP LLC, <br><br> Plaintiff, <br><br> v. <br><br> SKULLCANDY INC., <br><br> Defendant. | C.A. No. 22-427-CFC <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT SKULLCANDY INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Skullcandy Inc. hereby states that it is a privately held corporation, wholly owned by MRSK Hold Co., and no publicly held corporation owns 10% or more of its stock.

Dated: May 25, 2022

BARNES & THORNBURG LLP

*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
1000 North West Street, Suite 1500
Wilmington, DE  19801
Tel: (302) 300-3434
Fax: (302) 300-3456
Email:  chad.stover@btlaw.com

Glenn R. Bronson (*pro hac vice* forthcoming)
J. Jeffrey Gunn (*pro hac vice* forthcoming)
James C. Watson (*pro hac vice* forthcoming)
TRASK BRITT P.C.
230 South 500 East, Suite 300
Salt Lake City, Utah  84102
GRBronson@traskbritt.com
JGunn@traskbritt.com
JCWatson@traskbritt.com

*Counsel for Defendant Skullcandy Inc.*