# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**CREEKVIEW IP LLC,**

       **Plaintiff,**

**v.**

**SKULLCANDY INC.,**

       **Defendant.**

**Civil Action No. 1:22-cv-00427-CFC**

## JOINT STIPULATION TO DISMISS

Now comes Plaintiff, Creekview IP LLC and Defendant, Skullcandy Inc., by and through their counsel, pursuant to Fed. R. Civ. P 41(a)(2), hereby jointly stipulate and agree as follows:

Plaintiff voluntarily dismisses all of the claims asserted against Defendant Skullcandy Inc. in the within action Without Prejudice with each party bearing their own costs and fees.

Defendant voluntarily dismisses all of its counterclaims asserted against Plaintiff Creekview IP LLC in the within action Without Prejudice with each party bearing their own costs and fees.

| | |
|---|---|
| Dated: September 28, 2022 | Respectfully Submitted, |
| CHONG LAW FIRM PA | BARNES & THORNBURG LLP |
| */s/ Jimmy Chong* | */s/ Chad S.C. Stover* |
| Jimmy Chong (#4839) | Chad S.C. Stover (No. 4919) |

| | |
|---|---|
| 2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: patent@chonglawfirm.com<br><br>ATTORNEY FOR PLAINTIFF | 1000 North West Street, Suite 1500<br>Wilmington, DE 19801<br>Tel: (302) 300-3434<br>Fax: (302) 300-3456<br>Email: chad.stover@btlaw.com<br><br>Glenn R. Bronson (admitted pro hac vice)<br>J. Jeffrey Gunn (admitted pro hac vice)<br>James C. Watson (admitted pro hac vice)<br>TRASK BRITT P.C.<br>230 South 500 East, Suite 300<br>Salt Lake City, Utah 84102<br>GRBronson@traskbritt.com<br>JGunn@traskbritt.com<br>JCWatson@traskbritt.com<br><br>Attorneys for Defendant<br>Skullcandy Inc |

SO ORDERED this _____ day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE