### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CREEKVIEW IP LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **JABRA CORPORATION,** <br><br> Defendant. | Civil Action No.: 1:22-cv-00426-CFC <br><br> **TRIAL BY JURY DEMANDED** |
| **CREEKVIEW IP LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **SKULLCANDY INC.,** <br><br> Defendant. | Civil Action No.: 1:22-cv-00427-CFC |

### PLAINTIFF'S STATEMENT REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS

Pursuant to this Court's April 18, 2022 Standing Order Regarding Third-Party Litigation Funding Arrangements, Plaintiff Creekview IP LLC ("Plaintiff") hereby states that it has made arrangements with Jimmy Chong, Plaintiff's lead counsel in this litigation, to represent Plaintiff on a contingent basis.

Plaintiff further states that all other funding, including any advances of fees and/or expenses is provided on a recourse basis.

Dated: October 6, 2022

Respectfully submitted,

CHONG LAW FIRM PA

2

/s/ *Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF

2