```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF DELAWARE

 3

 4   BACKERTOP LICENSING LLC,      )
                                   )
 5           Plaintiff,            )
                                   ) C.A. No. 1:22-cv-00573-CFC
 6     v.                          )
                                   )
 7   AUGUST HOME, INC.,            )
                                   )
 8           Defendant.            )
                                   )
 9   BACKERTOP LICENSING LLC,      )
                                   )
10           Plaintiff,            )
                                   ) C.A. No.  1:22-cv-0572-CFC
11     v.                          )
                                   )
12   CANARY CONNECT, INC.,         )
                                   )
13           Defendant.            )

14

15

16                  Tuesday, August 1, 2023
                         10:00 a.m.
17                        Hearing

18

19                      844 King Street
                      Wilmington, Delaware
20

21    BEFORE: THE HONORABLE COLM F. CONNOLLY
      United States District Court Judge
22

23

24

25
```

1    APPEARANCES:

2
           CHONG LAW FIRM PA
3          BY:  JIMMY CHONG, ESQ.

4          -and-

5          FINGER & SLANINA
           BY:  DAVID FINGER, ESQ.
6

7                      Counsel for the Plaintiff

8

9

10

11

12

13

14                     - - - - - - - - -

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2
 3          (Proceedings commenced in the courtroom beginning at
 4     10:00 a.m.)
 5
 6              THE COURT:  Good morning.  Please be seated.
 7     All right.  Mr. Finger.
 8              MR. FINGER:  Good morning, Your Honor.  David
 9     Finger on behalf of Backertop Licensing and Creekview, IP
10     Licensing.
11              Your Honor, we are presenting no witnesses this
12     morning.  None of them have shown.
13              On Friday, we presented Your Honor with a
14     memorandum of authorities explaining why it is our
15     position that these proceedings should not be going
16     forward.  Some, Your Honor is familiar with already from
17     the objection.
18              We also provided some additional authorities,
19     particularly in the context of bringing in witnesses from
20     over 100 miles away.  We have a couple of U.S. Supreme
21     Court cases and a Third Circuit case which hold that Your
22     Honor cannot exercise inherent authority for something
23     that's prescribed by the Federal Rules.
24              Be that as it may, Your Honor, unless Your
25     Honor has any questions, I have no -- I'm happy to stand
```

1       on my papers and end.
2                **THE COURT:** Okay. So both Ms. LaPray and
3       Mr. LaPray are not here, correct?
4                **MR. FINGER:** Correct. And neither is any
5       representative of Backertop or Creekview.
6                **THE COURT:** Creekview?
7                **MR. FINGER:** Yes.
8                **THE COURT:** Okay. I didn't hear.
9                **MR. FINGER:** Apologize, Your Honor.
10               **THE COURT:** Okay. One of the things I'm
11      supposed to consider in crafting a remedy for a civil
12      contempt is the financial resources and the burden on the
13      party.
14               What can you tell me about, let's start with
15      Ms. LaPray. Do you know anything about what her salary is
16      as a paralegal?
17               **MR. FINGER:** I can't answer that question.
18      From what I glean, from what I've seen in this case so far
19      and my conversation with her, which was not on that
20      specific issue, is these are working people, not of great
21      means.
22               But again, I can't give Your Honor any document
23      or cite to any specific information to answer that.
24      That's solely my impression.
25               **THE COURT:** So you don't know anything about

```
 1    her financial resources other than, I guess, what's been
 2    on the record, which is she's a paralegal, and her husband
 3    works for IP Edge, fair?
 4              MR. FINGER:  That's fair, Your Honor.
 5              THE COURT:  All right.  How about with respect
 6    to Mr. LaPray, what does he do for a living?
 7              THE WITNESS:  Again, I don't have that
 8    information.
 9              THE COURT:  You have no information whatsoever?
10              MR. FINGER:  I'm going to not say anything
11    because anything I say will be pure speculation.
12              THE COURT:  Then you shouldn't say it.  Okay.
13    So you don't know anything about the burden associated
14    with coming to court --
15              MR. FINGER:  I do not.
16              THE COURT:  -- that he would suffer; is that
17    right?
18              MR. FINGER:  That's correct, Your Honor.
19              THE COURT:  Okay.  Anything else you wish to
20    say?
21              MR. FINGER:  No, Your Honor.  Thank you.
22              THE COURT:  All right.  What I'm going to do is
23    I will issue an order at some point.  You've made this
24    filing on Friday.
25              MR. FINGER:  Apology.
```

1              **THE COURT:**  So I'm not in a position to respond
2    to it this morning.
3              But anything else you wish to say in connection
4    with these, please do so now.
5              **MR. FINGER:**  I think, Your Honor, everything we
6    have to say is included in the papers for Your Honor to
7    review.
8              **THE COURT:**  Okay.
9              Mr. Chong, do you have anything to say?
10             **MR. CHONG:**  No, Your Honor.
11             **THE COURT:**  Okay.  Then we are adjourned.
12   Thank you.
13             **MR. FINGER:**  Thank you, Your Honor.
14                (The proceedings concluded at  10:07 a.m.)
15
16
17                     CERTIFICATE OF COURT REPORTER
18
19      I hereby certify that the foregoing is a true and
20   accurate transcript from my stenographic notes in the
21   proceeding.
22
23                                  /s/ Bonnie R. Archer
                                    Bonnie R. Archer
                                    Official Court Reporter
24                                     U.S. District Court
25